**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hector David PORTILLO,**
**Defendant–Appellant.**

No. 15–7299.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 8, 2016.

Decided: Jan. 29, 2016.

Hector David Portillo, Appellant Pro Se. Bernard James Apperson, III, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector David Portillo appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction pursuant to Sentencing Guidelines Amendment 782. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Portillo,* No. 1:95–cr–00522–LMB–1 (E.D.Va. July 7, 2015). We deny Portillo's motion for summary disposition. We dispense with oral argument because the facts and legal contentions are ade-quately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*